Dynasty Medical Care, P.C., as Assignee of Leonel Raoul, Appellant, 
against
21st Century Advantage Insurance Company, Respondent.




Gabriel & Shapiro, LLC (Steven F. Palumbo, Esq.), for appellant.
Law Office of Bryan M. Rothenberg (Deepak D. Sohi, Esq.), for respondent.

Appeal from an amended order of the District Court of Suffolk County, Third District (C. Stephen Hackeling, J.), dated January 21, 2016. The amended order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that, on the court's own motion, the notice of appeal from an order dated December 23, 2015 is deemed a premature notice of appeal from the amended order dated January 21, 2016 (see CPLR 5520 [c]); and it is further,
ORDERED that the amended order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint, arguing that it had paid plaintiff for the services at issue in accordance with the workers' compensation fee schedule. The District Court granted defendant's motion. Contrary to plaintiff's contention, defendant sufficiently demonstrated, prima facie, that it had properly applied the fee schedule and plaintiff failed to raise a triable issue of fact with respect thereto (see Zuckerman v City of New York, 49 NY2d 557 [1980]).
Accordingly, the amended order is affirmed.
Marano, P.J., Garguilo and Brands, JJ., concur.
Decision Date: April 27, 2017